**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

**No. 17-1827**

———————————————

GARY JONES,

Plaintiff - Appellant,

v.

PAUL GRAZIANO; MELISSA FRENTZ; ROBIN MACK; TAMEKA
STEVENS,

Defendants - Appellees,

and

MARK SCURTI; ROBERT COOPER,

Defendants.

———————————————

Appeal from the United States District Court for the District of Maryland, at Baltimore.
George L. Russell, III, District Judge.  (1:16-cv-02478-GLR)

———————————————

Submitted:  December 22, 2017                    Decided:  January 11, 2018

———————————————

Before TRAXLER, KING, and FLOYD, Circuit Judges.

———————————————

Affirmed by unpublished per curiam opinion.

———————————————

Gary Jones, Appellant Pro Se. Carrie Blackburn Riley, BLACKBURN RILEY LLC, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Jones appeals the district court's order entering judgment for Defendants in this civil action arising out of an eviction from public housing. We have reviewed the record and find no reversible error. Accordingly, we deny the motion for appointment of counsel and affirm for the reasons stated by the district court. *Jones v. Graziano*, No. 1:16-cv-02478-GLR (D. Md. Aug. 3, 2016 & June 23, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*